## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In Re:

SATURNINO G. ORTEGA HERNANDEZ          CHAPTER 7
                                                                         CASE NO. 19-16696-EPK

     Debtor.

_____/

## NOTICE OF APPEARANCE

COMES NOW, Eli Gordon of Tripp Scott, P.A., and hereby files his Notice of Appearance as counsel of record for the Creditor, Volvo Car Financial Services, in the above-styled case, and requests that the firm be provided copies of all pleadings filed herein and any notice of the matters arising in this action may be duly served on the undersigned at the following address:

                                                     TRIPP SCOTT, P.A.
                                                     Counsel for Creditor
                                                     110 SE 6th St., 15th Fl.
                                                     Fort Lauderdale, FL 33301
                                                     Eli Gordon, Esquire
                                                     bankruptcy@trippscott.com
                                                     Tel:  954-525-7500

                                                     /s/ *Eli Gordon, Esquire*
                                                     Eli Gordon, Esquire
                                                     FBN: 1010503

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the Notice of Appearance was provided by U.S 1st Class or electronic mail to Saturnino G. Ortega Hernandez, 11018 Via Amalfi, Boynton Beach, FL 33437; Ricardo Corona, Esq., 3899 N.W. 7 St., Second Floor, Miami, FL 33126; Trustee, Robert C. Furr, 2255 Glades Road Ste. 301E, Boca Raton, FL 33431; Office of the U.S. Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130 on this 10th day of June, 2015.

                                                     /s/ *Eli Gordon, Esquire*
                                                     Eli Gordon, Esquire